## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Phazzer Electronics, Inc.,<br><br>                          Debtor. | Chapter 7<br><br>Case No. 19-12281 (MFW) |

### ORDER APPROVING MOTION TO DISMISS WITH PREJUDICE

Upon consideration of TASER International, Inc. n/k/a Axon Enterprise, Inc.'s *MOTION TO DISMISS CHAPTER 7 PETITION OR, IN THE ALTERNATIVE, GRANT STAY RELIEF, TRANSFER VENUE, AND RESCHEDULE CREDITORS' MEETING*, and a hearing having been held by the Court, after sufficient notice to all parties concerned on the Motion and all objections thereto, and all objections having been overruled, and all premises considered,

**IT IS HEREBY ORDERED THAT:**

1. The Motion to Dismiss, with prejudice, is hereby granted.
2. For the reasons more fully set forth at the December 17, 2019 hearing, the Court finds that this Chapter 7 corporate case involves a two-party dispute with minimal, if any, assets that was filed in bad faith.
3. This Court shall retain jurisdiction to resolve any disputes arising from or related to this Order.
4. This Order shall become effective immediately upon entry of this Order notwithstanding anything in the Federal Rules of Bankruptcy Procedure or otherwise to the contrary.

**Dated: January 2nd, 2020**
**Wilmington, Delaware**

                                                    **MARY F. WALRATH**
                                                    **UNITED STATES BANKRUPTCY JUDGE**